Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099


April 11, 2016


Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


    Re: United States v. Corley
        13 Cr. 48 (AJN)

Dear Judge Nathan:

    This correspondence is to follow-up on the Defendant's last letter dated March 3, 2016, regarding the Government's failure to comply with the Court's January 15th Order (Dkt. No. 101). Currently, the Government has failed to:

    (a) file the People v. Jackson trial minutes on ECF;

    (b) provide all 3500 materials produced for the trial
        (Odessa Simms notes missing: 3510-1, 3510-2); and

    (c) provide warrant signed by the Hon. Michael H. Dolinger;

    Additionally, the Defendant is still without the Court Exhibits (i.e., jury notes, verdict sheet, etc.), and asks that the Court provide access to these materials.

    Please compel the Government to fully comply with the Court's order within 72 hours upon the filing of this letter, and prevent the continued violation of the Defendant's right to a speedy appeal.

Sincerely,

Royce Corley