Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099


May 12, 2016


Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: United States v. Corley
          13 Cr. 48 (AJN)


Dear Judge Nathan:

   This correspondence is to respond to the Government's letter dated April 25, 2016. This letter was just received today from stand-by counsel, because the Government's copy sent "phantom mail" was never received (as usual).

   Currently, the following matters remain unresolved regarding the Government's failure to comply with the Court's January 15th Order (Dkt. #101), etc.:

   (a) Trial minutes from People v. Nathaniel Jackson ("Jackson Transcripts") are still not filed on ECF and pages 345-406, 410-537 and 753+ were never provided on disc. The Government now complains they cannot add these files to the record because they "exceeded ECF's posting limits."

   (b) Special Agent Odessa Simms' 3500 notes were never provided (i.e., 3510-1 and 3510-2).

   (c) The search warrant signed by the Hon. Michael H. Dolinger was never provided (Dkt. #22, sealed).

   (d) "Court Exhibits" (Dkt. #42) is a docket entry listed on the docket sheet, however this entry remains unaccessible.

   Please issue the appropriate order to compel the Government to: (1) provide pages 345-406, 410-537 and 753+ from the Jackson Transcripts and Odessa Simms' notes (3510-1 and 3510-2) on disc; (2) file a hardcopy of the Jackson Transcripts with the Defendant or Court Clerk to add to the record; and (3) provide a hardcopy of the aforementioned search warrant to the Defendant. Please also compel the Court Clerk to provide a hardcopy of Docket No. 42 ("Court Exhibits") to the Defendant.

Respectfully submitted,

Royce Corley

Inmate Name: Royce Corley
Register Number: 68011-054
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099

LEGAL MAIL


USMP3 SDNY

FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD, DANBURY CT, 06811
DATE: 5/11/16
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE ADDRESS.

⇦68011-054⇦
Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
NEW YORK, NY 10007
United States

