Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099


June 26, 2018


Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                              Re: United States v. Corley
                                  S1 13 Crim. 48 (AJN)


Judge Nathan:

    As of today, a MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE, VACATE JUDGMENT BASED ON FRAUD UPON THE COURT, AND TO COMPEL DISCOVERY, ETC., has been fully briefed for over a year, despite the Government's failure to present competent evidence to contradict the verified evidence presented by the Defendant and case law which supports reversal. Therefore, Defendant respectfully requests that the Court rule upon this matter in a timely manner to permit the Defense to prepare a 2255 Petition should the motion be denied.

Respectfully submitted,



Royce Corley