Case 1:13-cr-00048-AJN   Document 187   Filed 06/07/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Royce Corley,

Defendant.

13-cr-48 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On June 2, 2023, Defendant Royce Corley, acting *pro se*, moved to modify his conditions of supervised release. Dkt. No. 185. The Government shall file any response to the motion no later than **June 21, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Corley at the address listed in his notice of change of address, Dkt. No. 186, *i.e.*,

Royce Corley, pro se
Corley Integrated Paralegal Services
99 Wall Street
Suite 4837
New York, NY 10005

SO ORDERED.

Dated: June 7, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation