```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Royce Corley,

Defendant.

13-cr-48 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On June 2, 2023, Defendant Royce Corley, acting *pro se*, moved to modify his conditions of supervised release. Dkt. No. 185. The Government filed its opposition on July 10, 2023. Dkt. No. 192. Mr. Corley shall file any reply no later than **July 25, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Corley and to note the mailing on the public docket.

SO ORDERED.

Dated: July 11, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation