```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Royce Corley,

Defendant.

13-cr-48 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On June 2, 2023, Defendant Royce Corley, acting *pro se*, moved to modify his conditions of supervised release. Dkt. No. 185. The Government filed its opposition on July 10, 2023. Dkt. No. 192. Mr. Corley filed his reply on July 21, 2023. Dkt. No. 194. The Court has considered the arguments in each submission. For substantially the reasons outlined in the Government's letter in opposition, the Court DENIES Mr. Corley's motion to modify his conditions of supervised release.

The Clerk of Court is respectfully directed to terminate Dkt. No. 185, to mail a copy of this Order to Mr. Corley, and to note the mailing on the public docket.

SO ORDERED.

Dated: July 24, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation

1