UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            - v. -<br><br>ROYCE CORLEY,<br>                              Defendant. | 13-cr-00048 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court has been reassigned this case. On December 8, 2023, the Defendant filed a letter requesting that the docket be updated to reflect his *pro se* status and to update the case to "active" given his notice of appeal filed on July 26, 2023. He also provided his current address and contact information. Dkt. 198. Upon receipt of the letter, the docket was updated to reflect that his counsel, Mark DeMarco, was terminated as counsel as of December 8, 2023. Since that time the appeal has also been decided with the Mandate issued on March 10, 2025. Dkt. 199.

The Clerk of Court is respectfully requested to update the docket with Defendant's current contact information and to mail him a copy of the Mandate at Dkt. 199 along with the docket sheet.

Dated: March 14, 2025
         New York, New York

                                                            SO ORDERED.

                                                            *Jennifer Rochon*
                                                            JENNIFER L. ROCHON
                                                            United States District Judge